RECEIVED
IN LAKE CHARLES, LA

JUN - 1 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **JACKIE LEE BANKS** | : | **DOCKET NO. 2:06-cv-2290** |
| **VS.** | : | **JUDGE MINALDI** |
| **UNITED STATES OF AMERICA, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the petition be DENIED AND DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 29 day of May, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE