RECEIVED
IN LAKE CHARLES, LA

JUN - 1 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| JACKIE LEE BANKS | : | DOCKET NO. 2:06 CV 2290 |
| --- | --- | --- |
| VS. | : | JUDGE MINALDI |
| UNITED STATES OF AMERICA, ET AL. | : | MAGISTRATE JUDGE WILSON |

## ORDER

IT IS ORDERED that the petitioner's Motion to Relocate Supervised Release [doc. 15]

IS DENIED AS MOOT.  This matter is the subject of a pending *habeas* suit.   The court's ruling

on that complaint will be dispositive.

Lake Charles, Louisiana, this _30_ day of  May, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE